REQUEST FOR COURT ACTION / DIRECTION

**08CRIM 805**

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: <u>Felon in Possession of a Weapon (18 USC 922 (g) and 18 USC 924(e))</u>. |
| | | ORIGINAL SENTENCE: <u>Two Hundred (200) months imprisonment followed by Five (5) Years Supervised Release.</u> |
| FROM: | Margaret Carroll<br>Senior U.S. Probation Officer | SPEC. CONDITIONS: $50 Special Assessment. |
| | | AUSA: A. Peter Shahid, Jr. |
| RE: | Michael Delaney Johnson<br>Docket #2:93-00390 | |

DATE OF SENTENCE:  09/07/94

DATE:   August 20, 2008

ATTACHMENTS:   JUDGMENT X

## ASSIGNMENT FOR TRANSFER OF JURISDICTION

On September 7, 1994, the above-mentioned individual was sentenced as outlined above in the Southern District of South Carolina, by the Honorable David C. Norton, Chief U.S. District Judge.

On June 16, 2008, we received a letter from the District of South Carolina, advising that the Honorable David C. Norton, Chief U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Johnson's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

*Margaret Carroll* /sfc.
Margaret Carroll
Sr. U.S. Probation Officer
212-805-5153